■ (A) In the Matter of the Claim of STANLEY GRZANKOWSKI, Respondent, v. AMERICAN BRASS COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD,

Respondent. (B) In the Matter of the Claim of JOSEPH PAGNANO, Appellant, v. S. ROSENGARTEN & Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted, without costs.